CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 1 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 7:04-cr-00078 |
| | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| | ) | By: Hon. James C. Turk |
| PHILLIP AUBREY IRVING. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's motion to dismiss is hereby **GRANTED** and Petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED**, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 15th day of August, 2008.

/s/ James C. Turk
Senior United States District Judge